**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| BASSAM YUSUF KHOURY; ALVIN RODRIGUEZ MOYA; PABLO CARRERA ZAVALA, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>ELIZABETH GODFREY, Acting Field Office Director, ICE; LOWELL CLARK, Warden, NWDC; JAMES MCHENRY, Director of EOIR; WILLIAM P. BARR, Attorney General, Attorney General of the United States; KEVIN K. MCALEENAN, Acting Secretary of the Department of Homeland Security; UNITED STATES OF AMERICA; RONALD D. VITIELLO, Acting Director, Immigration and Customs Enforcement (ICE),<br><br>*Defendants-Appellants.* | No. 14-35482<br><br>D.C. No. 2:13-cv-01367-RAJ<br><br><br>ORDER |

On Remand from the United States Supreme Court

Filed May 1, 2019

Before:  Andrew J. Kleinfeld, Jacqueline H. Nguyen,
and Michelle T. Friedland, Circuit Judges.

## ORDER

In light of the Supreme Court's decision in *Nielsen v. Preap*, 139 S. Ct. 954 (2019), the memorandum disposition of this Court dated August 4, 2016, is **VACATED** and judgment is entered **REVERSING** the district court's judgment.  We remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**